■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD EDWARD COLEMAN, Appellant.— Application denied on the ground that no appeal is pending; and purported appeal from the order of the Otsego County Court, insofar as it denied the same relief, dismissed, on the ground that the order sought to be reviewed is not appealable (Code Crim. Pro., § 517). Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.